WCH:jmr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20374-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMELIA GIL,

    Defendant.
_____/

## ORDER VACATING FINAL ORDER OF FORFEITURE
## AND AMENDING PRELIMINARY ORDER OF FORFEITURE

This cause is before the Court on the Untied States' Motion to Vacate Final Order of Forfeiture of Real Property Located at 17271 S.W. 142 Court, Miami, Florida 33177 entered on April 18, 2008 and to amend Preliminary Order of Forfeiture in this case. The Court being duly advised in the premises, and after reviewing the record, it is hereby,

**ORDERED AND ADJUDGED** that:

    1.    The United States' motion is GRANTED. The Final Order of Forfeiture entered on April 18, 2008 [D.E.# 454] is hereby vacated, and the Preliminary Order of Forfeiture entered on December 11, 2007 [D.E.# 388] is amended by a separate Order, to include the proper legal description.

    **DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 23rd day of MARCH 2009.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel of record